COMMONWEALTH of Pennsylvania,
Respondent

v.

Jesus Manuel CRUZ, Petitioner.

Supreme Court of Pennsylvania.

June 20, 2011.

### ORDER

PER CURIAM.

AND NOW, this 20th day of June, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jeffrey Michael BORRIN, Respondent.

Supreme Court of Pennsylvania.

June 21, 2011.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

Whether the Superior Court erred in reversing the trial court's order correcting a clerical error and clarifying the court's judgment of sentence?

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronald WHEELER, Petitioner.

Supreme Court of Pennsylvania.

June 21, 2011.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2011, the Petition for Allowance of Appeal is hereby **DENIED.** The Application for Consolidation is dismissed as moot.